EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Alexis I. Avilés Vega | 2005 TSPR 75<br><br>164 DPR _____ |

Número del Caso: TS-8472


Fecha: 1 de junio de 2005



Abogado del Peticionario

                Por Derecho Propio

Oficina de Inspección de Notarías

                Lcda. Carmen H. Carlos

Colegio de Abogados de Puerto Rico

                Lcda. María De Lourdes Rodríguez<br>                Oficial Investigadora Comisión de<br>                Ética

                Lcdo. José M. Montalvo Trías<br>                Director Ejecurivo



Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Alexis I. Avilés Vega                    TS-8472       Queja




RESOLUCIÓN


San Juan, Puerto Rico, a 1 de junio de 2005.


Se enmienda Nunc Pro Tunc la Resolución de 25 de mayo de 2005, para indicar que en la misma los Jueces Asociados señores Rebollo López y Rivera Pérez no intervinieron.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo